## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| **ILYOSDZHON BAKIEV,**<br>　　　　　*Petitioner*,<br><br>　　　v.<br><br>**JAMAL L. JAMISON,** Warden of<br>Philadelphia Federal Detention Center; **JOHN**<br>**RIFE,** Acting Field Office Director of<br>Enforcement and Removal Operations,<br>Philadelphia Field Office, Immigration and<br>Customs Enforcement,<br>　　　　　*Respondents*. | **Civ. No. 26-3149** |

## ORDER

**AND NOW**, this 10th day of July, 2026, upon consideration of the Petition for Writ of

Habeas Corpus (ECF No. 1) of Ilyosdzhon Bakiev, and all corresponding briefing, it is hereby

**ORDERED** as follows:

1.    The petition is **GRANTED** in part for the reasons stated in the accompanying

memorandum.

2.    The Government **SHALL PROVIDE** Bakiev with an individualized bond hearing

before an Immigration Judge within seven days of the date of this Order.  At the

bond hearing, the Government shall bear the burden of proving that Bakiev is a

flight risk or danger to the community by clear and convincing evidence.

3.      The Government shall certify compliance with this Order on the docket no later than 5:00 p.m. on July 11, 2026.

**BY THE COURT:**

MARY KAY COSTELLO
United States District Judge

2